

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                                                       Case No. 25-10255-LSS
NELIA G PORTER
     Debtor                                              Chapter 13
_____
BRAVO RESIDENTIAL FUNDING TRUST 2020-RPL2
     Movant
v.
NELIA G PORTER
     Debtor/Respondent
and
TIMOTHY P. BRANIGAN
     Trustee/Respondent

**CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY
EFFECTIVE NOVEMBER 29, 2025**
**(RE: 19320 Poinsettia Court, Gaithersburg, MD 20879)**

     This CAUSE came on for consideration of the Motion for Relief from Automatic Stay ("Motion") filed by BRAVO Residential Funding Trust 2020-RPL2 ("Movant"). The Court, noting the agreement between the Debtor and Movant as to the relief set forth herein, finds it appropriate to grant the relief requested. The Chapter 13 Trustee has not filed a response and consequently does not oppose the relief requested.

     Therefore, upon review of the Motion for Relief from Automatic Stay filed herein by Movant, it is

     ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362(a) is TERMINATED, EFFECTIVE November 29, 2025, pursuant to 11 U.S.C. § 362(d)(1), to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property

BWW#:MD-366799

belonging to the debtor and known as 19320 Poinsettia Court, Gaithersburg, MD 20879 (the "Property"), and to allow the purchaser or transferee to obtain possession of same; and is further,

ORDERED, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

AGREED:

| | |
|---|---|
| /s/ Nikita Joshi | /s/ James C. Martin |
| Nikita Joshi, Esq., MD Fed. Bar No. 19720 | James C. Martin, Esq. |
| BWW Law Group, LLC | PO Box 157 |
| 6003 Executive Blvd, Suite 101 | Poolesville, MD 20837-0000 |
| Rockville, MD 20852 | *Counsel for the Debtor* |
| P: 301-961-6555, F: 301-961-6545 | |
| bankruptcy@bww-law.com | |
| *Counsel for the Movant* | |

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the agreed order submitted to the Court are identical to those set forth in the original agreed order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original agreed order.

/s/ Nikita Joshi
Nikita Joshi, Esq.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Timothy P. Branigan, Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

James C. Martin, Esq.
PO Box 157
Poolesville, MD 20837

Nelia G Porter
19320 Poinsetta Court
Gaithersburg, MD 20879

**END OF ORDER**